THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Billy Joe Gordon, Appellant.
 
 
 
 
 

Appeal From York County
Roger L. Couch, Circuit Court Judge

Unpublished Opinion No.  2010-UP-277  
Submitted May 3, 2010  Filed May 19, 2010

AFFIRMED

 
 
 
 Appellate Defender M. Celia Robinson, of Columbia, for
 Appellant.
 John Benjamin Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Billy Joe
 Gordon pled guilty to driving under the influence and being a habitual traffic
 offender.  Gordon was sentenced to three years' imprisonment and a $3,800 fine,
 suspended upon the service of six months, a payment of $2,100, and five years'
 probation. Gordon's probation was revoked, and he was sentenced to two-and-a-half
 years' imprisonment.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following
 authorities:  
1. As to whether the probation court
 abused its discretion in revoking Gordon's probation without first finding a
 willful violation and a sufficient evidentiary basis: State v. Hamilton, 333 S.C. 642, 648, 511 S.E.2d 94, 96 (Ct. App. 1999) (holding an issue
 must be raised to and ruled upon by the trial judge to be preserved for
 appellate review).  
2. As to whether the probation
 court violated Gordon's substantive due process rights by imposing  a longer
 sentence than originally imposed by the sentencing judge: State v. Passamore, 363 S.C. 568, 585, 611
 S.E.2d 273, 282 (Ct. App. 2005) (finding "that a challenge to sentencing must be
 raised at trial, or the issue will not be preserved for appellate review")
 (quotations and citation omitted).  
AFFIRMED.
HUFF, SHORT, and WILLIAMS,
 JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.